Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FARRELL, <br><br> Plaintiff <br><br> v. <br><br> DECA FINANCIAL SERVICES, LLC; et al, <br><br> Defendants | Case No.:  CV-13-1587-PA-AJWx <br><br> **Order on Stipulation to Dismiss Entire Action with Prejudice** |

   Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action in its entirety with prejudice.

IT IS SO ORDERED

DATE: August 16, 2013           BY: _____
                                 UNITED STATES DISTRICT JUDGE

1

Order on Stipulation to Dismiss Entire Action with Prejudice